UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICAN POSTAL WORKERS
UNION AFL-CIO,
                Plaintiff,

-against-                                 18 **CIVIL** 11027 (JPO)

## JUDGMENT

UNITED STATES POSTAL SERVICE,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 20, 2019, Defendant's motion to dismiss for lack of jurisdiction is denied; Defendant's motion to dismiss for failure to state a claim is granted; plaintiff's motion for summary judgment is denied; accordingly, the case is closed.

**Dated:** New York, New York
          November 21, 2019

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/21/2019